1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  2900 BRISTOL STREET, A-208
   COSTA MESA, CA 92626
3  Telephone: (949) 722-0055
   Fax: (949) 722-8416
4  Email: Jackie@jacquelynenguyenlaw.com

5  Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2: 13cv8742 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| LINDA RODGERS DEMMERELLE, AKA LINDA RODGERS, AKA LINDA C. LEWIS, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Linda Rodgers Demmerelle, aka Linda Rodgers, aka Linda C. Lewis, in the principal amount of $2,651.78 plus interest accrued to November 26, 2013, in the sum of $5,989.89; with interest accruing thereafter at 8% annually until entry of judgment, plus late fees of $5.00, for a total amount of **$8,646.67**.

DATED: 2/6/14                By: TERRY NAFISI
                                 Clerk of the Court

                                 Deputy Clerk
                                 United States District Court

Page 5